UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00378

———

**Andre Davis,**
*Plaintiff,*

v.

**Gregg County et al.,**
*Defendants.*

———

## ORDER

Plaintiff, a Gregg County Jail inmate proceeding pro se and in forma pauperis, filed this action under 42 U.S.C. § 1983. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's claims against Gregg County Jail and Nurse Copus be dismissed for failure to state a claim. Doc. 10 at 4–5. Plaintiff did not file written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims against Gregg County Jail and Nurse Copus are dismissed with prejudice. Plaintiff's other claims shall proceed as instructed by separate order (Doc. 7).

*So ordered by the court on February 24, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -